IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>                v.<br><br>SHANE EVANS,<br><br>                        Defendant. | CASE NO. 2:18-PO-223-EFB<br><br>ORDER TO WITHDRAW EXISTING ARREST WARRANT RE: SHANE EVANS AND ISSUE SUMMONS |

## **ORDER**

On May 27, 2018, the defendant, Shane Evans, was issued a misdemeanor citation in this matter and ordered to appear before this Court on September 11, 2018. Mr. Evans failed to appear as instructed and this Court issued a warrant for his arrest.

The Court has been informed that Mr. Evans was apprehended by state law enforcement officers on July 5, 2021. At the time of his arrest, Mr. Evans was found to be suffering from injuries that required that he be hospitalized for medical treatment, where he remains at the time of this Order.

For the defendant's health and continued medical treatment, the Court ORDERS that the existing arrest warrant for Mr. Evans is withdrawn and that a new summons issue for his appearance before this Court on October 6, 2021, at 2 p.m.

/ / /

/ / /

ORDER TO WITHDRAW ARREST WARRANT AND TO ISSUE SUMMONS

The Court further ORDERS that the Clerk of the Court notify the United States Marshals Service promptly that the arrest warrant has been withdrawn, and a summons has been issued.

SO ORDERED.

Dated: July 6, 2021.

_____
Hon. Edmund F. Brennan
United States Magistrate Judge